## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RBS CITIZENS NA | |
| Plaintiff, | CIVIL ACTION NO. 3:12-cv-192 |
| v. | (JUDGE CAPUTO) |
| FLOYD A. WILLIAMS, III, and LYNDA G. WILLIAMS | |
| Defendants. | |

## ORDER

**NOW**, this 7th day of February, 2012, **IT IS HEREBY ORDERED** that the Plaintiff be given leave to file an amended complaint within twenty-one (21) days from the date of this order. If the Plaintiff fails to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge